**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 97-6305**

─────────────

JOHN PAUL TURNER,

                              Plaintiff - Appellant,

        versus

SAMUEL  G.  WILSON,  United  States  District
Judge; JON R. BOLYARD,

                              Defendants - Appellees.

─────────────

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Roanoke.  Jackson L. Kiser, Senior District
Judge.  (CA-97-86-R)

─────────────

Submitted:  August 28, 1997      Decided:  September 16, 1997

─────────────

Before WILKINS, WILLIAMS, and MICHAEL, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

John Paul Turner, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (1994) complaint and denying his motion for reconsideration. We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Turner v. Wilson</u>, No. CA-97-86-R (W.D. Va. Feb. 6 & 25, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>